| | |
|---|---|
| ROBERT CABBAGESTALK | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| FLUOR ENTERPRISES, INC. and, | ) |
| FLUOR DANIEL CARIBBEAN, INC., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## DEFENDANTS' NOTICE OF REMOVAL

Defendants Fluor Enterprises, Inc. and Fluor Daniel Caribbean, Inc., represented by the undersigned counsel, hereby give notice of removal of the above-captioned action to the United States District Court for the Middle District of North Carolina, from the General Court of Justice, Superior Court Division, Guilford County, State of North Carolina (Case No.: 18-CVS-7551) pursuant to 28 U.S.C. §§ 1331, 1332, 1367(a) and 1441. This action is removed for the reasons set forth below:

1. The above-captioned action was filed on August 29, 2018 in the General Court of Justice, Superior Court Division in Guilford County, North Carolina. A copy of all process and pleadings served upon Defendants are attached to this Notice as **Exhibit 1.**

2. This Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 because Plaintiff's Third Cause of Action arises under federal law. Specifically, in his Complaint, Plaintiff's Third Cause of Action alleges that Defendants unlawfully discriminated against him in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e, *et. seq.*, as amended. (*See* Compl. p.3, at ¶¶ 18-30). United States District Courts have original jurisdiction over all civil actions arising

under the Constitution, laws, or treaties of the United States. Because Plaintiff's Third Cause of Action alleges a cause of action arising under federal law, this Court has jurisdiction over this claim and removal is proper.

3. The Court has supplemental jurisdiction over Plaintiff's State of North Carolina claims pursuant to 28 U.S.C. §§ 1367(a) and 1441 because they are related to and derived from a common nucleus of operative facts, and constitute one case.

4. The Court also has original jurisdiction pursuant to 28 U.S.C. § 1332 because the case is a civil action between citizens of different states in which the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

5. Plaintiff is a resident and citizen of the State of North Carolina. (*See* Compl. p.1, at ¶ 1). Defendant Fluor Enterprises, Inc. is a California corporation with its principle place of business in Dallas, Texas. Defendant Fluor Daniel Caribbean, Inc. is a Delaware corporation with its principle place of business in Puerto Rico. The Complaint sets forth four causes of action for defamation, injunctive relief, discrimination, and punitive damages. In light of the allegations set out in the Complaint, the matter in controversy exceeds the sum of $75,000. Accordingly, the Court has federal diversity jurisdiction over this lawsuit.

6. This Notice of Removal is filed with the Court within thirty (30) days of Defendants' service of process of the Complaint in the state action, and this matter is, therefore, timely removed pursuant to 28 U.S.C. § 1446(b).

7. Defendants submit this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pleaded claims upon which relief may be granted.

2

8. The state court from which this action was removed is within the Court's District and Division, and, therefore, venue is appropriate in this division.

9. A copy of the Notice of Removal will be filed with the Clerk of Court for Guilford County, North Carolina promptly after the notice is filed with the Court, as required by 28 U.S.C. § 1446(d). **Exhibit 2.**

10. By copy of this Notice of Removal and in accordance with the attached Certificate of Service, Defendants are providing notice to Plaintiff in this action and advising him of this filing pursuant to 28 U.S.C. § 1446(d).

11. Pursuant to Federal Rules of Civil Procedure Rule 7.1, Defendants' Federal Rule 7.1 Disclosure Statements are attached hereto.

WHEREFORE, Defendants hereby give notice that the above-referenced action pending in the General Court of Justice, Superior Court Division, of Guilford County, North Carolina has been removed to this Court.

Dated this 1st day of October 2018. Respectfully submitted,

By: /s/ Mason G. Alexander
Mason G. Alexander (NC Bar No. 23945)
Deven S. Gray (NC Bar No. 46062)
**FISHER & PHILLIPS LLP**
227 West Trade Street, Suite 2020
Charlotte, NC 28202
Telephone: (704) 334-4565
Facsimile: (704) 334-9774
Email: malexander@fisherphillips.com
Email: dgray@fisherphillips.com
*ATTORNEYS FOR DEFENDANT*

3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**CIVIL ACTION NO.**

| | |
|---|---|
| ROBERT CABBAGESTALK | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| FLUOR ENTERPRISES, INC. and, | ) |
| FLUOR DANIEL CARIBBEAN, INC., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## CERTIFICATE OF SERVICE

I hereby certify on October 1, 2018, the foregoing **DEFENDANTS' NOTICE OF REMOVAL** has been served upon the following by mailing a copy of the same in the United States mail, postage prepaid, and addressed to Plaintiff's attorney, Nancy P. Quinn, as follows:

Nancy P. Quinn, Esq.
The Quinn Law Firm
315 Spring Garden St., Suite 1D
Greensboro, NC 27401
*Attorney for Plaintiff*

Dated this 1st day of October 2018.          Respectfully submitted,


                                                    By:    /s/ Mason G. Alexander
                                                           Mason G. Alexander
                                                           **FISHER & PHILLIPS LLP**
                                                           227 W. Trade Street, Suite 2020
                                                           Charlotte, NC 28202

4